Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–25547–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Loren K. Robinson
    600 Stocker St
    Stewartsville, NJ 08886

Social Security No.:
    xxx–xx–4270

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/20/21 at 09:00 AM

to consider and act upon the following:

*46* – Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 03/22/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post–Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 3/23/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court