Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−25547−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Loren K. Robinson
   600 Stocker St
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−4270

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/20/21 at 09:00 AM

to consider and act upon the following:

**46** − Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 03/22/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 3/23/21

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Loren K. Robinson  
    Debtor

Case No. 19-25547-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2021 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loren K. Robinson, 600 Stocker St, Stewartsville, NJ 08886-3238 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Amy L Knapp | on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Lee Martin Perlman | on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 23, 2021 | Form ID: ntchrgbk | Total Noticed: 2

Rebecca Ann Solarz
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7