Order Filed on April 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J.LBR 9004-1 |
| **STEWART LEGAL GROUP, P.L**. *Formed in the State of Florida* Gavin N. Stewart, Esq. *Of Counsel to Bonial & Associates, P.C.* 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for Specialized Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007- CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3* |
| In re: Loren K. Robinson, Debtor. |

Chapter: 13

Case No.: 19-25547-MBK

Hearing Date: April 20, 2021

Chief Judge Michael B. Kaplan

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 27, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Loren K. Robinson
Case No.: 19-25547-MBK
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007- CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3 ("Creditor"), whereas the underlying loan is due for the April 1, 2021 payment in the amount of $3,317.49, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **600 Stocker St., Stewartsville, NJ 08886** ("Property") provided that the Debtor complies with the following:

    a. On or before May 1, 2021, the Debtor shall tender a lump sum payment in the amount of $4,978.00 directly to Creditor;

    b. On or before May 19, 2021, the Debtor shall tender an additional lump sum payment in the amount of $1,659 directly to Creditor;

    c. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due and set up automatic deductions for each ongoing payment, beginning with the June 1, 2021 payment and continuing thereon per the terms of the underlying loan.

2. All direct payments due hereunder not otherwise paid by electronic means and/or automatic draft, shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Amy L. Knapp* | */s/Gavin N. Stewart* |
| Amy L. Knapp, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Lee M. Perlman | Stewart Legal Group, P.L. |
| 1926 Greentree Road, Suite 100 | 401 East Jackson Street, Suite 2340 |
| Cherry Hill, NJ 08003 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |

United States Bankruptcy Court

District of New Jersey

In re:  
Loren K. Robinson  
    Debtor

Case No. 19-25547-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Apr 27, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Loren K. Robinson, 600 Stocker St, Stewartsville, NJ 08886-3238 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Amy L Knapp | on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Lee Martin Perlman | on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca Ann Solarz | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 27, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7