UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
Tel: (856) 751-4224
Fax: (888)635-5933
Attorney for Debtor

In Re:

Loren K. Robinson,

　　　　　　　Debtor.

Case No.: 19-25547

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Lee. M. Perlman__ will be substituted as attorney of record for __Loren K. Robinson__, __Debtor__ in this case. [1]

Date: 12/06/2021

/s/ Amy L. Knapp
Signature of Former Attorney

Date: 12/06/2021

/s/Lee M. Perlman
Signature of Substituted Attorney [2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.