| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Michael J. Milstead<br>Attorney ID: 021031989<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231281-1<br>Attorneys for Secured Creditor: Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 | |
| In Re:<br><br>Loren K. Robinson | Case No.: 19-25547-MBK<br>Chapter 13<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
>   Michael J. Milstead, Esquire
>   Milstead & Associates, LLC
>   1 E. Stow Road
>   Marlton, NJ 08053

DOCUMENTS:
>   ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
>   ☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: February 2, 2022 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/ *Michael J. Milstead*<br>Michael J. Milstead, Esquire<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231281-1<br>Attorneys for Secured Creditor |