Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−25547−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Loren K. Robinson
   600 Stocker St
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−4270

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 17, 2020.

On February 22, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              March 23, 2022
Time:               10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 23, 2022
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Loren K. Robinson  
Debtor

Case No. 19-25547-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Feb 23, 2022 | Form ID: 185 | Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loren K. Robinson, 600 Stocker St, Stewartsville, NJ 08886-3238 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519285972 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518521162 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519448138 | + | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448139 | + | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Deutsche Bank National Trust Company, as Serviced by Select Portfolio Servicing, |
| 518402571 | + | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 518402576 | + | Marc L. Wells, 600 Stocker St, Stewartsville, NJ 08886-3238 |
| 518725090 | + | NJSVS Surcharge Violation System Office, POB 136, Trenton, NJ 08666-0136 |
| 518402581 | + | Specialized Loan Serv, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518402583 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518402584 | + | US Department of Education, PO Box 105081, Atlanta, GA 30348-5081 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518402569 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2022 21:03:51 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518402570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2022 21:04:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518430136 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2022 21:04:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518402572 | + | Email/Text: clientservices@glassmountaincapital.com | Feb 23 2022 20:56:00 | Glass Mountain Capital LLC, 1930 Thoreau Drive Suite 100, Schaumburg, IL 60173-4179 |
| 518530079 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2022 20:57:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518459079 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:20 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518402575 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:22 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 518402577 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2022 20:57:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518402578 | + | Email/PDF: bankruptcy@ncfsi.com | | |

|  |  |  | Feb 23 2022 21:03:49 | New Century Financial Service, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| --- | --- | --- | --- | --- |
| 518402579 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 21:03:50 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518513016 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 21:03:13 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 518402580 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:26 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 518405608 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518402582 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:47 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518603665 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519448140 | *+ | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448141 | *+ | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Deutsche Bank National Trust Company, as, Serviced by Select Portfolio Servicing, |
| 518402573 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518402574 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                          Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 23, 2022 | Form ID: 185 | Total Noticed: 28 |

        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... DMcDonough@flwlaw.com

Gavin Stewart
        on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Lee Martin Perlman
        on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Michael J. Milstead
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee michael@milsteadlaw.com

Rebecca Ann Solarz
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9