# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>LOREN ROBINSON | CASE NO: 19-25547<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 70 |

On 3/22/2022, I did cause a copy of the following documents, described below,

NOM ECF Docket Reference No. 70

Brief 70

CIS 70

PO 70

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/22/2022

/s/ Lee M. Perlman
Lee M. Perlman

1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856 751 4224

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO: 19-25547 |
| LOREN ROBINSON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 70 |

On 3/22/2022, a copy of the following documents, described below,

NOM ECF Docket Reference No. 70

Brief 70

CIS 70

PO 70

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/22/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lee M. Perlman

1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE CUSTOM MAILING GROUP)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                          EXCLUDE                              EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING  (U)DEUTSCHE BANK NATIONAL TRUST COMPANY  (D)DEUTSCHE BANK NATIONAL TRUST COMPAN
NCRS ADDRESS DOWNLOAD              AS TRU                               AS TRU
CASE 19-25547
DISTRICT OF NEW JERSEY
MON MAR 21 14-2-53 PST 2022


                                   EXCLUDE
SPECIALIZED LOAN SERVICING  LLC    US BANKRUPTCY COURT                  BUREAUS INVESTMENT GROUP PORTFOLIO NO
PO BOX 340514                      402 EAST STATE STREET                15
TAMPA  FL 33694-0514               TRENTON  NJ 08608-1507               CO PRA RECEIVABLES MANAGEMENT  LLC
                                                                        PO BOX 41021
                                                                        NORFOLK  VA 23541-1021


CAPITAL ONE                        CAPITAL ONE BANK (USA)  NA           DEUTSCHE BANK NATIONAL TRUST CO TRUSTE
ATTN BANKRUPTCY                    4515 N SANTA FE AVE                  (SE
PO BOX 30285                       OKLAHOMA CITY  OK 73118-7901         CO SPECIALIZED LOAN SERVICING LLC
SALT LAKE CITY  UT 84130-0285                                           6200 S QUEBEC ST
                                                                        GREENWOOD VILLAGE  COLORADO 80111-4720


DEUTSCHE BANK NATIONAL TRUST CO TRUSTEE   DEUTSCHE BANK NATIONAL TRUST COMPANY   DEUTSCHE BANK NATIONAL TRUST COMPANY
(SE                                AS TRU                               AS TRU
CO SPECIALIZED LOAN SERVICING LLC  SERVICED BY SELECT PORTFOLIO SERVICING   SERVICED BY SELECT PORTFOLIO SERVICING
8742 LUCENT BLVD  SUITE 300        PO BOX 65250                         PO BOX 65250
HIGHLANDS RANCH  COLORADO 80129-2386   SALT LAKE CITY  UT 84165-0250    SALT LAKE CITY  UT 84165-0250


DYNAMIC RECOVERY SOLUTIONS         GLASS MOUNTAIN CAPITAL LLC           IRS
PO BOX 25759                       1930 THOREAU DRIVE SUITE 100         POB 7346
GREENVILLE  SC 29616-0759          SCHAUMBURG  IL 60173-4179            PHILADELPHIA  PA  19101-7346


INTERNAL REVENUE SERVICE           LVNV FUNDING LLC                     LVNV FUNDING LLC
CENTRALIZED INSOLVENCY OPERATIONS  PO BOX 10587                         PO BOX 10497
PO BOX 7346                        GREENVILLE  SC 29603-0587            GREENVILLE  SC 29603-0497
PHILADELPHIA  PA 19101-7346


MARC L WELLS                       MIDLAND FUNDING                      NJSVS SURCHARGE VIOLATION SYSTEM OFFIC
600 STOCKER ST                     2365 NORTHSIDE DR STE 30             POB 136
STEWARTSVILLE  NJ 08886-3238       SAN DIEGO  CA 92108-2709             TRENTON  NJ 08666-0136


                                                                        EXCLUDE
NEW CENTURY FINANCIAL SERVICE      (P)PORTFOLIO RECOVERY ASSOCIATES LLC (D)(P)PORTFOLIO RECOVERY ASSOCIATES LL
110 S JEFFERSON RD  104            PO BOX 41067                         PO BOX 41067
WHIPPANY  NJ 07981-1038            NORFOLK VA 23541-1067                NORFOLK VA 23541-1067


RESURGENT CAPITAL SERVICES         SPECIALIZED LOAN SERV                SYNCHRONY BANK
PO BOX 10587                       6200 S QUEBEC STREET                 CO OF PRA RECEIVABLES MANAGEMENT  LLC
GREENVILLE  SC 29603-0587          GREENWOOD VILLAGE  CO 80111-4720     PO BOX 41021
                                                                        NORFOLK  VA 23541-1021
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (see exhibit 2 of the REC/ECF notice WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SYNCHRONY BANK/SAMS CLUB<br>ATTN BANKRUPTCY<br>PO BOX 103104<br>ROSWELL   GA  30076-9104 | TARGET<br>ATTN BANKRUPTCY<br>PO BOX 9475<br>MINNEAPOLIS   MN  55440-9475 | US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK   NJ  07102-5235 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 105081<br>ATLANTA   GA  30348-5081 | ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON   NJ  08650-4853 | LEE MARTIN PERLMAN<br>LEE M PERLMAN<br>1926 GREENTREE ROAD<br>SUITE 100<br>CHERRY HILL   NJ  08003-1100 |

DEBTOR
LOREN K ROBINSON
600 STOCKER ST
STEWARTSVILLE   NJ  08886-3238

```
ADDRESSES WHOSE ADDRESSES PRESENT HAVE SERVED TO ON 03/22/22  SERVICE THROUGH 03/22/22 ON 10:45:05 ELECTRONIC
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM
```

(U.S. Trustee)
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

USTPRegion03.NE.ECF@usdoj.gov

(Creditor)
Specialized Loan Servicing, LLC
P.O. Box 340514
Tampa, FL 33694
represented by:
Gavin Stewart
Stewart Legal Group, P.L.
P.O. Box 340514
Tampa, FL 33694

bk@stewartlegalgroup.com

(Trustee)
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
represented by:
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

docs@russotrustee.com

Amy L Knapp
Law Offices of Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

(Debtor)
Loren K. Robinson
600 Stocker St
Stewartsville, NJ 08886
represented by:
Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

rsolarz@kmllawgroup.com

Douglas J. McDonough
Frenkel Lambert Weiss Weisman &
Gordon, LLP
80 West Main Street
Suite 460
West Orange, NJ 07052

DMcDonough@flwlaw.com

(Creditor)
Deutsche Bank National Trust Company,
as Trustee Et Al...
represented by:
Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com

(Creditor)
Deutsche Bank National Trust Company,
as Trustee
represented by:
Michael J. Milstead
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

michael@milsteadlaw.com