| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224<br><br>In Re:<br><br>Loren Robinson | Order Filed on April 13, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:    19-25547 MBK<br><br>Chapter:          13<br><br>Hearing Date: 4/13/2022<br><br>Judge:        Kaplan |

## ORDER AUTHORIZING DEBTOR TO OBTAIN EIDL LOAN

The relief set forth on the following page. Numbered two (2), is hereby **ORDERED.**

**DATED: April 13, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
In the matter of: Loren Robinson 19-25547-MBK
Caption of Order: Authorizing Post-Petition Loan

In consideration of the motion of Loren Robinson for an order authorizing entry into a post-petition loan obligation, the arguments of counsel, if any, and for good cause shown, it is hereby

**ORDERED** the Debtor is authorized to enter into an agreement for a post-petition EIDL the final terms of which shall be filed with the Court within 30 days of the date of this order.

The Debtor shall serve a copy of this order on the Trustee and any party objecting or appearing on this motion within seven (7) days of the date of this order and file local form *certification of service* immediately thereafter.