| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Order Filed on April 13, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:     19-25547 MBK<br><br>Chapter:            13 |
| In Re:<br><br>Loren Robinson | Hearing Date: 4/13/2022<br><br>Judge:         Kaplan |

## ORDER AUTHORIZING DEBTOR TO OBTAIN EIDL LOAN

The relief set forth on the following page. Numbered two (2), is hereby **ORDERED.**

**DATED: April 13, 2022**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

(Page 2)
In the matter of: Loren Robinson 19-25547-MBK
Caption of Order: Authorizing Post-Petition Loan

In consideration of the motion of Loren Robinson for an order authorizing entry into a post-petition loan obligation, the arguments of counsel, if any, and for good cause shown, it is hereby

**ORDERED** the Debtor is authorized to enter into an agreement for a post-petition EIDL the final terms of which shall be filed with the Court within 30 days of the date of this order.

The Debtor shall serve a copy of this order on the Trustee and any party objecting or appearing on this motion within seven (7) days of the date of this order and file local form *certification of service* immediately thereafter.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-25547-MBK
Loren K. Robinson  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Apr 13, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

**Recip ID      Recipient Name and Address**
db              + Loren K. Robinson, 600 Stocker St, Stewartsville, NJ 08886-3238

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

**Name              Email Address**

Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
  docs@russotrustee.com

Denise E. Carlon
  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... DMcDonough@flwlaw.com

Gavin Stewart
  on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Lee Martin Perlman
  on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 13, 2022 | Form ID: pdf903 | Total Noticed: 1

mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Michael J. Milstead

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee michael@milsteadlaw.com

Rebecca Ann Solarz

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9