# LAW OFFICES OF LEE M. PERLMAN
## NEWJERSEYBANKRUPTCY.COM

June 7, 2022

Honorable Michael B. Kaplan, Chief Judge
United States Bankruptcy Court
402 East State Street, Court Room 8
Trenton, NJ 08608

Re:    Loren K. Robinson // 19-25547 [Motion to Approve Post-Petition Financing]
       SBA Loan Terms/Denial

Dear Judge Kaplan,

    Please accept this letter and the accompanying attachment as confirmation of the debtor's denial from the SBA EIDL program, related docket numbers 70 and 77.

    Should your honor require anything further on this matter please contact our office at 856-751-4224 and I would be happy to try and gather anything else that is needed.

                    Respectfully,

                    The Law Offices of Lee M. Perlman

                    /s/ Cory F. Woerner
                    Cory F. Woerner, Esquire
                    Associate

Encl.
Email denial from Small Business Administration.

Lee M. Perlman, Esquire
Heidi R. Spivak, Esquire
Cory F. Woerner, Esquire

1926 Greentree Road, Suite 100, Cherry Hill, NJ 08003
Ph: (856) 751-4224 / Fax: (888) 635-5933
www.NewJerseyBankruptcy.com

---------- Forwarded message ---------
From: **PDC.Reconsideration 14** <PDC.Reconsideration@sba.gov>
Date: Thu, May 19, 2022, 9:12 PM
Subject: SBA COVID EIDL Request SBA:0008002023136
To: L. Robinson, Owner ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear COVID EIDL Applicant/Borrower:

**ALL COVID-19 EIDL FUNDS HAVE BEEN EXHAUSTED**

You are receiving this message as a notification that we are unable to continue processing your application due to the lack of available funding for the COVID-19 EIDL loan program. SBA is no longer processing COVID-19 EIDL loan increase requests or requests for reconsideration of previously declined loan applications under this program.

We recognize this has been a challenging time for your business and for the nation. The SBA has local offices in your community which can refer you to resources that may be able to assist your business in other ways. For more information on these services, please go to www.sba.gov/local-assistance to locate the email address and phone number for the nearest SBA district office and/or SBA resource partner. Please call or email for a virtual appointment.
Questions about COVID EIDL loans? Please see COVID-19 Economic Injury Disaster Loan (sba.gov). Other Questions? Call the SBA Disaster Customer Service team at 833-853-5638 or DisasterCustomerService@sba.gov.

Sincerely,
U.S. SMALL BUSINESS ADMINISTRATION