UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Loren Robinson

Case No.: 19-25547 MBK

Judge: Kaplan

Chapter 13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____

_____, creditor,

A hearing has been scheduled for _____, at _____.


___X___ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for ____11/22/2022_____, at ____9:00 am____.


_____ Certification of Default filed by _____.

I am requesting a hearing be scheduled on this matter.


2. I oppose the above matter for the following reasons (choose one)

_____ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.


_____ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):


___X___ Other (explain your answer):  I have submitted a loan modification application to my lender for review.

3.  This certification is being made in an effort to resolve the issues raised in the certification of

    default or motion.

4.  I certify under penalty of perjury that the above is true.


Date:_____11/15/2022_____                          __/s/ Loren Robinson_____

                                                     Debtor's Signature



Date:_____                           _____

                                                     Debtor's Signature


NOTES:
1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13
    Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
    opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee
    and creditor, if applicable not later than 14 days after the filing of a Certification of Default.