| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Order Filed on January 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:     19-25547 MBK<br><br>Chapter:              13 |
| In Re:<br><br>Loren Robinson | Hearing Date: 1/25/2023<br><br>Judge:          Kaplan |

# ORDER AUTHORIZING BUSINESS LOAN

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 25, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
In re: Loren Robinson 19-25547-MBK
Caption of Order: Authorizing Debtor to obtain business loan

---

In consideration of the motion of Loren Robinson, debtor in the above captioned matter, for an authorizing the debtor to enter into a post-petition business loan agreement, the arguments of counsel, if any, and for good cause shown it is hereby

**ORDERED** the Debtor is authorized to enter into an agreement for a post-petition Micro Business Loan subject to the following terms:

| | |
|---|---|
| Loan Amount | $ 35,500.00 |
| Interest Rate | Not to exceed 2% |
| Term | 10 Years |
| Estimated Monthly Payment | $ 359.45 |
| Other: | No collateralization of the debtor's assets is permitted. |

The debtor shall a copy of this order on the Trustee and any party objecting to or appearing in opposition to this motion with seven (7) days.