|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Order Filed on January 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:   19-25547 MBK<br><br>Chapter:   13 |
| In Re:<br><br>Loren Robinson | Hearing Date: 1/25/2023<br><br>Judge:   Kaplan |

## ORDER AUTHORIZING BUSINESS LOAN

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
In re: Loren Robinson 19-25547-MBK
Caption of Order: Authorizing Debtor to obtain business loan

In consideration of the motion of Loren Robinson, debtor in the above captioned matter, for an authorizing the debtor to enter into a post-petition business loan agreement, the arguments of counsel, if any, and for good cause shown it is hereby

**ORDERED** the Debtor is authorized to enter into an agreement for a post-petition Micro Business Loan subject to the following terms:

| | |
|---|---|
| Loan Amount | $ 35,500.00 |
| Interest Rate | Not to exceed 2% |
| Term | 10 Years |
| Estimated Monthly Payment | $ 359.45 |
| Other: | No collateralization of the debtor's assets is permitted. |

The debtor shall a copy of this order on the Trustee and any party objecting to or appearing in opposition to this motion with seven (7) days.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-25547-MBK
Loren K. Robinson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jan 25, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Loren K. Robinson, 600 Stocker St, Stewartsville, NJ 08886-3238 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... dmcdonough@flwlaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Lee Martin Perlman | |

District/off: 0312-3　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 25, 2023　　　　　　　　　　　　　Form ID: pdf903　　　　　　　　　　　　　　　　Total Noticed: 1

on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Michael J. Milstead

on behalf of Creditor Deutsche Bank National Trust Company as Trustee bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

Roger Fay

on behalf of Creditor Deutsche Bank National Trust Company as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9