UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

Case No.: 19-25547 MBK

Chapter: 13

In Re:
Loren Robinson

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman___, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___08/09/2023___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Modified Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.


Dated: 08/09/2023                              /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>TD Bank<br>1701 Marlton Pike E<br>Cherry Hill, NJ 08034<br><br>New Century Financial Service ,<br>110 S Jefferson Rd &#035; 104,<br>Whippany, NJ 07981 | Creditor | __ Hand delivered<br> X   Regular mail<br> X    Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>    (as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Specialized Loan Services<br>P.O. Box 340514,<br>Tampa, FL 33694<br><br>Bureaus Investment Group Portfolio No 15,<br>c/o PRA Receivables Management, LLC,<br>PO Box 41021,<br>Norfolk, VA 23541<br><br>Capital One ,<br>Attn: Bankruptcy,<br>Po Box 30285,<br>Salt Lake City, UT 84130<br><br>Capital One Bank (USA), N.A.,<br>4515 N Santa Fe Ave,<br>Oklahoma City, OK  73118<br><br>Deutsche Bank National Trust Co. Trustee (Se,c/o Specialized Loan Servicing LLC,<br>6200 S. Quebec St.,<br>Greenwood Village, CO 80111 | Creditor | __ Hand delivered<br> X   Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Deutsche Bank National Trust Co. Trustee (Se,c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129<br><br>Deutsche Bank National Trust Company, as Tru,Serviced by Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165<br><br>Dynamic Recovery Solutions , PO Box 25759, Greenville, SC 29616<br><br>Glass Mountain Capital LLC , 1930 Thoreau Drive, Suite 100, Schaumburg, IL 60173<br><br>Internal Revenue Service , Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346<br><br>LVNV Funding LLC , PO Box 10587, Greenville, SC 29603-0587<br><br>Lvnv Funding Llc , Po Box 10497, Greenville, SC 29603<br><br>Marc L. Wells , 600 Stocker St, Stewartsville, NJ 08886<br><br>Midland Funding , 2365 Northside Dr Ste 30, San Diego, CA 92108<br><br>NJSVS Surcharge Violation System Office , POB 136, Trenton, NJ  08666<br><br>Portfolio Recovery , Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC ,<br>c/o Sams Club,<br>POB 41067,<br>Norfolk VA 23541<br><br>Resurgent Capital Services ,<br>Po Box 10587,<br>Greenville, SC 29603<br><br>Specialized Loan Serv ,<br>6200 S. Quebec Street,<br>Greenwood Village, CO 80111<br><br>Synchrony Bank ,<br>c/o of PRA Receivables Management, LLC,<br>PO Box 41021,<br>Norfolk, VA 23541<br><br>Synchrony Bank/Sams Club ,<br>Attn: Bankruptcy,<br>Po Box 103104,<br>Roswell, GA 30076<br><br>Target ,<br>Attn: Bankruptcy,<br>Po Box 9475,<br>Minneapolis, MN 55440<br><br>US Department of Education ,<br>PO Box 105081,<br>Atlanta, GA 30348 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.