Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−25547−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Loren K. Robinson
    600 Stocker St
    Stewartsville, NJ 08886

Social Security No.:
    xxx−xx−4270

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 27, 2023.

On 8/8/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                        September 13, 2023
Time:                        10:00 AM
Location:                 Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 9, 2023
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25547-MBK |
| Loren K. Robinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 09, 2023 | Form ID: 185 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loren K. Robinson, 600 Stocker St, Stewartsville, NJ 08886-3238 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518402576 | + | Marc L. Wells, 600 Stocker St, Stewartsville, NJ 08886-3238 |
| 518725090 | + | NJSVS Surcharge Violation System Office, POB 136, Trenton, NJ 08666-0136 |
| 518402584 | + | US Department of Education, PO Box 105081, Atlanta, GA 30348-5081 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518402569 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 09 2023 20:45:02 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518402570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2023 20:33:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518430136 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2023 20:45:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518521162 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 09 2023 20:30:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519285972 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 09 2023 20:30:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519448138 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 09 2023 20:31:00 | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448139 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 09 2023 20:31:00 | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Deutsche Bank National Trust Company, as, Serviced by Select Portfolio Servicing, |
| 518402571 | ^ | MEBN | Aug 09 2023 20:23:26 | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 518402572 | + | Email/Text: clientservices@glassmountaincapital.com | Aug 09 2023 20:29:00 | Glass Mountain Capital LLC, 1930 Thoreau Drive Suite 100, Schaumburg, IL 60173-4179 |

| 518530079 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 09 2023 20:30:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518459079 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 09 2023 20:34:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518402575 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 09 2023 20:34:27 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 518402577 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 09 2023 20:30:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518402578 | + | Email/PDF: bankruptcy@ncfsi.com | | |
| | | | Aug 09 2023 20:34:32 | New Century Financial Service, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 518402579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 09 2023 20:33:54 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518513016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 09 2023 20:33:57 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 518402580 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 09 2023 20:34:00 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 518402581 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 09 2023 20:30:00 | Specialized Loan Serv, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518405608 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 09 2023 20:34:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518402582 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 09 2023 20:34:05 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 518402583 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 09 2023 20:30:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518603665 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519448140 | *+ | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448141 | *+ | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Deutsche Bank National Trust Company, as, Serviced by Select Portfolio Servicing, |
| 518402573 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518402574 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... dmcdonough@flwlaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Lee Martin Perlman | on behalf of Debtor Loren K. Robinson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Michael J. Milstead | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| Roger Fay | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9